# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | 04-06233-CBM (SHx) | Date | January 9, 2007 |
|---|---|---|---|

| Title | *Juan I. Catalan, et al. v. City of Los Angeles, et al.* |
|---|---|

Present: The Honorable  **MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE**

| E. Carson | N/A | 07-01 [3578 - 5550] |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Gary S. Casselman<br>John C. Taylor | Craig J. Miller<br>Michael L. Claessens<br>Corey Brent |

**Proceedings:**     Further Settlement Conference

Gary S. Casselman, of the Gary S. Casselman Law Offices, and John C. Taylor, of Taylor and Ring, appear on behalf of the plaintiffs, along with plaintiff, Juan I. Catalan. Craig Miller, Deputy City Attorney, Michael L. Claessens, Managing Senior Assistant City Attorney, and Corey Brent, Supervising Deputy City Attorney, appear on behalf of the defendants, along with defendants Detectives Juan Rodriguez, Mike Coffey, Stan Nalywaiko, Martin Pinner, Sgt. Tim Shaw, Captain William Sweet, and Detectives Cheryl Adams, Tom Lendzion, and Lt. Kristine Kenney, of the Risk Management Department for the Los Angeles Police Department.

The further settlement conference is conducted off the record.

The case is called.  Plaintiffs Alma Lorena Oseguera, Magdelena Catalan, and Mario Catalan will be dismissed with prejudice for waiver of costs. Further, Captain William Sweet and Detective Mike Coffey will be dismissed with prejudice as parties from this case for a waiver of their claims. The remaining individual officers will be dismissed upon approval of the settlement in this matter, prior to the filing of the Stipulation of Dismissal of the entire case..

A settlement between the plaintiff Juan I. Catalan and the City of Los Angeles has been reached, subject to approval by the Los Angeles City Council, which is recited on the record. Counsel shall lodge a Stipulation of Dismissal by no later than **March 19, 2007.** If the Stipulation of Dismissal is not lodged by that date, counsel are ordered to contact the Court Clerk at (213) 894-8285 to notify the Court why the settlement has not been finalized.



DOCKETED ON CM

JAN 11 2007

BY _____ 059

cc:     All parties of record

Initials of Preparer   efc

7   :   35